David Ali Chami (SBN 027585)
Price Law Group, APC
1204 E. Baseline Road, Suite 102
Tempe, AZ 85283
Tel: (818) 907-2030
Fax: (818) 205-2730
David@pricelawgroup.com
Attorney for Plaintiff,
Suzanne Maughan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Suzanne Maughan,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Diversified Consultants, Inc.,<br><br>　　　　　　　　　Defendant. | No.<br><br>**Plaintiff's Complaint** |

Plaintiff, Suzanne Maughan ("Plaintiff"), through her attorneys, Price Law Group, APC, alleges the following against Defendant, Diversified Consultants, Inc. ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 1692, *et seq*.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §1331 and 15 U.S.C. §1692k (FDCPA).

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, and a material portion of the events at issue occurred in this District.

# PARTIES

5. Plaintiff is a natural person residing in Mohave County, Arizona.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*.

7. Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*

9. Within the last year, Defendant attempted to collect a consumer debt from Plaintiff.

10. Defendant is a collection agency headquartered in Jacksonville, Florida.

11. Defendant's business includes, but is not limited to, collecting on unpaid, outstanding account balances.

12. When an unpaid, outstanding account is placed with Defendant it is assigned an account number.

13. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

14. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

15. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

16. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

17. Defendant's employee, Garrett, communicated with Plaintiff in an attempt to collect a debt.

18. Defendant's employee, Garrett, was working within the scope of his employment when he communicated with Plaintiff in an attempt to collect a debt.

**FACTUAL ALLEGATIONS**

19. Defendant is attempting to collect a consumer debt from David Fields.

20. The alleged debt owed arises from transactions for personal, family, and household purposes.

21. Within the last year, Defendant began placing collection calls to Plaintiff on Plaintiff's home telephone number at 928-219-51xx.

22. Defendant calls Plaintiff from 623-738-0778.

23. The telephone number of 623-738-0778 is one of Defendant's telephone numbers.

24. When Plaintiff answers Defendant's phone calls, an automated message plays which informs Plaintiff that Defendant is calling to speak with David Fields and instructs Plaintiff to hang up the phone if Plaintiff is not David Fields.

25. Despite the fact that Plaintiff followed Defendant's instructions and hung up the phone as Plaintiff is not David Fields, Defendant continued to call Plaintiff.

26. Furthermore, when Defendant placed the aforementioned calls to Plaintiff, the automated message did not state that the call was from Diversified Consultants, Inc.

27. Defendant is familiar with the FDCPA.

28. Defendant knows the FDCPA requires debt collectors to identify the company's name when placing a telephone call.

29. On at least two separate occasions, Plaintiff has told Defendant that Plaintiff is not the debtor, does know the debtor, and has instructed Defendant to stop calling.

30. Despite the foregoing, Defendant continued to place collection calls to Plaintiff.

31. Defendant calls Plaintiff at an annoying and harassing rate, sometimes calling Plaintiff up to four (4) times a week.

# COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

32. Defendant violated the FDCPA based on the following:

    A. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt when Defendant continued to place collection calls to Plaintiff after Plaintiff informed Defendant that Plaintiff is not the debtor, does not know the debtor, and instructed Defendant to stop calling;

    B. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff when Defendant placed up to four (4) collection calls to Plaintiff per week; and

    C. Defendant violated §1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity when Defendant called Plaintiff and failed to state that call was from Diversified Consultants, Inc.

WHEREFORE, Plaintiff, Suzanne Maughan, respectfully requests judgment be entered against Defendant, Diversified Consultants, Inc., for the following:

33. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

34. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

35. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: June 20, 2014          Price Law Group, APC


By: /s/ David Ali Chami
    David Ali Chami (SBN 027585)
    Attorney for Plaintiff
    Suzanne Maughan