**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Suzanne Maughan,<br><br>                      Plaintiff,<br><br>v.<br><br>Diversified Consultants Incorporated,<br><br>                      Defendant. | No. CV-14-08106-PCT-JJT<br><br>**JUDGMENT ON ACCEPTANCE** |

Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant in the amount of $1,001.00 and this action is hereby terminated.

BRIAN D. KARTH
District Court Executive/Clerk

September 16, 2014

s/L. Dixon
By: Deputy Clerk

cc: (all counsel)