NOT FOR PUBLICATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Suzanne Maughan, | No. CV-14-08106-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Diversified Consultants Incorporated, | |
| Defendant. | |

UPON stipulation of the parties (Doc. 26), and good cause appearing,

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 14th day of October, 2014.

Honorable John J. Tuchi
United States District Judge